AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1906 Frederick Douglas Court SE
Washington, DC

**SEARCH WARRANT**

08-481-M 01

CASE NUMBER

TO: __Daniel C. Sparks__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent, Daniel C. Sparks__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

1906 Frederick Douglas Court SE is a light gray row/town house with the gold colored numerals 1906 to the right of a black front door. There are three white columns which define the front stoop/porch.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Evidence of the crimes of conspiracy, conspiracy to commit check and bank fraud, computers, computer scanners, blank payroll checks, as well as other relevant evidence.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___AUG 10 2008___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 01 2008   4 05 PM   at Washington, DC
Date and Time Issued   ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer   Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 8/1/08 | 8/6/08 8:35 AM | Geraldine Pitts |

INVENTORY MADE IN THE PRESENCE OF  SA Catherine Hanna and Rodney Crawford

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See Attached FD-597.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

**FILED**
AUG - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_[signature]_  08-07-08
U S Judge or U S Magistrate Judge        Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-WF-237510

On (date) 8/1/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Geraldine Pitts

(Street Address) 1706 Frederick Douglas Court SE, WDC

(City) WDC

Description of Item(s):

(1) Numerous photos and pay stub located by SA Sparks in closet of Room C

*Nothing Further*

Received By: _____ (Signature)    Received From: _____ (Signature)